UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

MELISSA FENDLEY,

    Plaintiff,

vs.                                                CASE NO: 5:20-CV-01527-AKK

DOWNTOWN GRILL, LLC,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, by and through undersigned counsel, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, requests this Court to dismiss the above-styled case without prejudice.

Dated this 6th day of July, 2021.

                                                         Respectfully submitted,

                                                         /s/ Edward I. Zwilling
                                                         Edward I. Zwilling
                                                         Al Bar No. ASB-1565-L54E

**OF COUNSEL:**
Law Office of Edward I. Zwilling, LLC
4000 Eagle Point Corporate Dr.
Birmingham, Alabama 35242
Telephone: (205) 822-2701
Email:  edwardzwilling@zwillinglaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this, the 6th day of July 2021, I have electronically filed the foregoing with the Clerk of the Court using the CM-ECF system which will send notification of such filing to the following counsel of record at the email address registered with CM-ECF. A copy of the foregoing has also been mailed to the registered agent for the Defendant, Justin R. Lee, 1229, County Road 1339, Cullman, AL 35058.

                                      *s/ Edward I. Zwilling*
                                      Edward I. Zwilling