FILED
2021 Jul-06 PM 01:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## JASPER DIVISION

| | |
|---|---|
| **MELISSA FENDLEY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil Action Number |
| **vs.** ) | **5:20-cv-01527-AKK** |
| ) | |
| **DOWNTOWN GRILL, LLC,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Consistent with Melissa Fendley's notice of voluntary dismissal, doc. 16, this action is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

**DONE** the 6th day of July, 2021.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE